**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL FORREST,** : <br> : <br> Petitioner : <br> : CIVIL NO. 3:CV-13-0067 <br> v. : <br> : (Judge Caputo) <br> **DEBRA K. SAUERS,** *et al.*, : <br> : <br> Respondents : | |

**O R D E R**

**AND NOW**, this ___18th___ day of **JUNE, 2013**, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The above action is construed as a combined civil rights complaint pursuant to 42 U.S.C. § 1983 and a petition for writ of habeas corpus under 28 U.S.C. § 2254.

2. The civil rights portion of Mr. Forrest's action is **DISMISSED** without prejudice.

3. Mr. Forrest shall file an amended habeas corpus petition setting forth specific challenges to his Centre County Court of Common Pleas sentence and/or conviction for aggravated harassment by a prisoner.

4. The Clerk of Court is directed to identify Superintendent Daniel Burns as the sole Respondent in this matter.

5. The Clerk of Court is directed to term all other named Respondents.

6. The Clerk of Court is directed to provide Mr. Forrest with two blank § 2254 forms for his use in preparing his Amended Petition.

7. If Mr. Forrest fails to file an Amended Petition within twenty-one (21) days of the date of this Order, the petition will be dismissed without prejudice.

        /s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**