IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL FORREST, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | 3:13-CV-00067 |
| | : | |
| DEBRA K, SAUERS, et al. | : | (Judge Caputo) |
| | : | |
| Respondents | : | |

ORDER

**AND NOW, ON THIS 23RD DAY OF MARCH, 2015**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DISMISSED** as untimely.

2. Forrest's pending motions (docs. 19, 22, 24, 33, 34, 36, 38, 39) are **DISMISSED** as moot.

3. The Clerk of Court is direct to **CLOSE** this case.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:


/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge